# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jeri Lowe,                                    Civil No. 08-2285 (RHK/FLN)

              Plaintiff,              **DISQUALIFICATION AND**
                                              **ORDER FOR REASSIGNMENT**

vs.

Wyeth, agent of American Home Products
Corporation, agent of Wyeth, Inc., Wyeth
Pharmaceuticals, Wyeth Pharmaceuticals, Inc.,
agent of Wyeth-Ayerst Pharmaceuticals, Inc., a
division of Wyeth, Pfizer, Inc., Pharmacia & Upjohn
Company, LLC, Pharmacia Corporation, Pharmacia &
Upjohn LLC, Greenstone, Ltd., Barr Laboratories, Inc.,
Barr Pharmaceuticals, Inc., Duramed Pharmaceuticals,
Inc., King Pharmaceuticals, Inc., Monarch Pharmaceuticals,
Inc.,

              Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  June 19, 2008

                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge